UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------:
IN RE WORLD TRADE CENTER                                    :
DISASTER SITE LITIGATION                                    :
------------------------------------------------------------:  **AFFIDAVIT OF**
CRISTOBAL YAMASQUI,                                         :  **PERSONAL SERVICE**
                                                            :
                                                            :  **DOCKET NO.**
                    Plaintiff,                              :  **07- CIV- 8721**
     -against-                                              :
                                                            :  Judge Hellerstein
VERIZON NEW YORK, INC., VERIZON                             :
PROPERTIES, INC., VERIZON                                   :
COMMUNICATIONS, INC., AND                                   :
HILLMAN ENVIRONMENTAL GROUP, LLC,                           :
                                                            :
                    Defendants.                             :
------------------------------------------------------------:

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 19th day of October, 2007, at approximately 12:30 p.m. at CT Corporation located at 111 8th Avenue- 13th Floor, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Verizon New York, Inc. by delivering thereat a true copy of same to Nora Dindyal, Process Specialist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female South East Asian, Brown skin, Black hair, approx. 35-40, height approx. 5'2"-5'5"**

                                            _____
                                                    Stephanie Lopez

Sworn to before me this
19th day of October, 2007

_____
    Notary public

        BEATRIZ DOLORES ARANA
        Notary Public, State of New York
              No. 01AR6132940
        Qualified in Queens County
        Commission Expires August 29, 20__