***AFFIDAVIT OF SERVICE*** 12/05/2007

SHERIFFS NUMBER: S07006400    DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...    Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO** AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP - COUNSELLORS<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004 | 9402<br>CONTROL # 12343 | 28.00 |

**COURT DATA**    ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:    STATE: NY    COUNTY OF VENUE: Southern District
COURT DOCKET #: 07CIV8721    **CAPTION OF CASE**
NAME:    CRISTOBAL YAMASQUI
VS    HILLMAN ENVIORONMENTAL GROUP, LLC,

**DEFENDANT OR NAMED WITHIN TO BE SERVED**

NAME: HILLMAN ENVIORONMENTAL GROUP, LLC,
ADDRESS: 1600 ROUTE 22 EAST
UNION, NJ 07083

**PAPERS SERVED**

SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY    ☐ UNABLE TO SERVE    NUMBER OF ATTEMPTS ____
DATE: 12/20/07    TIME: 10:30
REMARKS: _____

☐ PERSONALLY DELIVERED    ☒ OFFICER    ☐ MANAGING AGENT    ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER    ☐ AGENT AUTHORIZED TO ACCEPT
☐ IS IN THE MILITARY    ☐ NOT IN THE MILITARY
PERSON SERVED: JOHN B. GLASS JR. - SENIOR V.P.
(TITLE/RELATIONSHIP)

SEX: ☒ MALE  ☐ FEMALE
SKIN: ☒ WHITE  ☐ BLACK  ☐ YELLOW  ☐ BROWN  ☐ RED
HEIGHT: ☐ UNDER 5 FT.  ☐ 5.0 - 5.6 FT.  ☒ 5.7 - 6.0 FT.  ☐ OVER 6 FT.
WEIGHT: ☐ UNDER 100 LBS.  ☐ 100 - 150 LBS.  ☒ 151 - 200 LBS.  ☐ OVER 200 LBS.
HAIR: ☐ BLACK  ☒ BROWN  ☐ BLOND  ☐ GRAY  ☐ RED  ☐ WHITE  ☒ BALDING
AGE: ☐ 14 - 20  ☐ 21 - 35  ☒ 36 - 50  ☐ 51 - 65  ☐ OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON _Frances D'Donato_
FRANCES D'DONATO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 3, 2009

SIGNATURE _Stephen Lanzano_
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY